IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ZINA MANNING, ) | C.A. No. 6:04-22301-TLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRITTEN OPINION AND ORDER** |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

In this case, the plaintiff seeks judicial review of the final decision of the Commissioner denying her application for social security disability insurance benefits and supplemental security income. Specifically, the plaintiff alleges disability commencing April 21, 1999, primarily due to obesity, left knee pain, depression, and coronary artery disease.

This matter now comes before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge William M. Catoe, to whom this case had previously been assigned. In his Report, Magistrate Judge Catoe recommends that the defendant's decision denying the plaintiff's application for benefits be affirmed. As reasoned by the Magistrate Judge:

> …the findings of the [Administrative Law Judge] are supported by substantial evidence…

Notably, no objections have been filed to the Report by any party.

1

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. As stated above, no objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. *See* Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A *de novo* review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is **ORDERED**, without objection, that the defendant's decision denying the plaintiff's application for social security benefits is **AFFIRMED**.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
Terry L. Wooten
United States District Court Judge

December 7, 2005
Florence, South Carolina